FRANCESCO P. BENAVIDES, CSBN 258924
Law Offices of Francesco Benavides
    1990 N. California Blvd., 8th Floor
    Walnut Creek, CA 94596
    Tel.: (925) 222-7071
    Email:  francesco@benavidesdisabilitylaw.com

Attorney for Plaintiff
ALEXANDRA DE LEE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ALEXANDRA DE LEE, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ) <br> FRANK BISIGNANO, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 2:24-cv-02072-JDP <br><br> UNOPPOSED MOTION FOR EXTENSION <br> OF TIME TO FILE NOTICE OF APPEAL |

     Plaintiff hereby moves for an extension of time of 30 days to file a notice of appeal in the above-captioned case pursuant to FRAP 4(a)(5).  This motion is being brought within the 60 prescribed period permitted for bring such a motion for extension when one of the parties is an agency of the United States.  The Court issued its judgment on September 24, 2025, and therefore, the deadline for Plaintiff to file her notice of appeal was originally November 23, 2025.  If the Court grants the 30-day extension, Plaintiff's new deadline to file her notice of appeal will be December 23, 2025.  Undersigned counsel corresponded with opposing counsel regarding this extension, and on November 10, 2025, opposing counsel wrote that he had no objection to the extension.

There is good cause for the extension because Plaintiff is diligently seeking counsel to represent her in the Ninth Circuit Court of Appeals, but as of yet, has been unable to retain such counsel.

Respectfully Submitted,

Date:   November 10, 2025              /s/ Francesco Benavides
                                       FRANCESCO P. BENAVIDES
                                       Law Offices of Francesco Benavides
                                       Attorney for Plaintiff

**[PROPOSED] ORDER**

Plaintiff's motion for extension of time to file her notice of appeal is granted.

**IT IS ORDERED** that Plaintiff shall have an additional 30 days to file her notice of appeal.

IT IS SO ORDERED.

Dated:   November 13, 2025             _____
                                       JEREMY D. PETERSON
                                       UNITED STATES MAGISTRATE JUDGE